IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:13CR93-RLV |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL** |
| (1) DORRIAN DEBRELL SHUFORD | ) | |

For Good Cause shown in the United States' Motion to Dismiss the Bill of Indictment, the Court hereby grants the dismissal of the Bill of Indictment in Docket No. 5:13CR93 without prejudice as to defendant Dorrian Debrell Shuford only.

Signed: November 4, 2013

Richard L. Voorhees
United States District Judge